**Opinion issued December 7, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00257-CV

_____

**NECHOL NICKS HENDERSON, Appellant**

**V.**

**JME PROPERTIES LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1091517**

---

## MEMORANDUM OPINION

Appellant, Nechol Nicks Henderson, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that this appeal was subject to dismissal,

appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Caughey.